FILED & JUDGMENT ENTERED
Steven T. Salata

May  30  2013

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_Laura T Beyer_
Laura T. Beyer
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

IN RE:

SAMUEL EDWARD DONNELLY
TIFFANY GOODSON DONNELLY

SSN#: XXX-XX-9821
SSN#: XXX-XX-1595

Chapter 13
CASE NO:   08-32620

Related Court Docket Number: 53

## ORDER CONTINUING HEARING

ON 05/28/2013,  AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion to Dismiss Case or to Modify Plan due to claims of Gaston County Tax Collector

**Hearing is continued to June 11, 2013.**

This Order has been signed electronically.  The Judge's signature and Court's seal appear at the top of the Order.

UNITED STATES BANKRUPTCY COURT JUDGE

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division**

IN RE:

    SAMUEL EDWARD DONNELLY               Chapter 13
    TIFFANY GOODSON DONNELLY             CASE NO:    08-32620

    SSN#: XXX-XX-9821
    SSN#: XXX-XX-1595

**CERTIFICATE OF SERVICE**

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on May 29, 2013.

                                                                        L. Wilkins-Austin
                                                                   Office of the Chapter 13 Trustee

SAMUEL EDWARD DONNELLY & TIFFANY GOODSON DONNELLY, 1521 E PERRY ST,   GASTONIA, NC  28054-5817